UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LILIANE NOGUEIRA,

     Plaintiff,

v

CATHOLIC FAMILY SERVICES, d/b/a
CATHOLIC CHARITIES DIOCESE OF
KALAMAZOO, a Michigan Nonprofit
Corporation, LEANN BASTIEN, and
individual, and CHRISTINA HAYES, an
individual,

     Defendants.

Case No. 1:21-cv-952

Hon. Paul L. Maloney

| | |
|---|---|
| Robert Anthony Alvarez (P66954)<br>AVANTI LAW GROUP, PLLC<br>600 28th Street SW<br>Wyoming, Michigan 49509<br>616.257.6807<br>ralvarez@avantilaw.com<br>*Attorneys for Plaintiff* | Dean F. Pacific (P57086)<br>WARNER NORCROSS + JUDD LLP<br>150 Ottawa Avenue NW, Suite 1500<br>Grand Rapids, Michigan 49503<br>616.752.2424<br>dpacific@wnj.com<br>*Attorneys for Defendant Catholic Family*<br>*Services, d/b/a Catholic Charities Diocese of*<br>*Kalamazoo* |

**CONSENT DECREE IN SETTLEMENT OF CLAIM UNDER
THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 201, *et. seq.*

     This matter having come before the Court upon the joint motion of Catholic

Family Services, d/b/a Catholic Charities Diocese of Kalamazoo ("CFS") and Liliane Nogueira

("Nogueira") for entry of a Consent Decree in Settlement of a Disputed Claim under the Fair

Labor Standards Act, 29 U.S.C. § 201, *et. seq.*, (the "Act") and the Court being otherwise fully

advised in the premises:

WHEREAS Nogueira and CFS have reached an agreement embodied in this Consent Decree that resolves all disputes arising out Nogueira's employment with CFS; and

WHEREAS the Court has reviewed the parties' Confidential Settlement Agreement (the "Agreement") which has been filed with the Court;

IT IS THEREFORE ORDERED AND ADJUDGED that the Agreement is a just and reasonable resolution of the parties' dispute, and the parties shall perform their respective obligations under the Agreement;

IT IS FURTHER ORDERED that upon the parties' full and complete performance of their obligations under the Agreement, CFS shall be under no further legal obligation to Nogueira, and Nogueira shall have no further claim against CFS, for any matters associated with or arising under the Act.

Date:   ___December 6, 2022_____       ___/s/ Paul L. Maloney_____
                                                                               Honorable Paul L. Maloney


Approved as to form and substance:

Date:  December 6, 2022                              Date:  December 6, 2022

_/s/ Robert Anthony Alvarez (w/permission)_   _/s/ Dean F. Pacific_____
Robert Anthony Alvarez (P66954)                  Dean F. Pacific (P57086)
AVANTI LAW GROUP, PLLC                          WARNER NORCROSS + JUDD LLP
600 28th Street SW                                      150 Ottawa Avenue NW, Suite 1500
Wyoming, Michigan 49509                           Grand Rapids, Michigan 49503
616.257.6807                                               616.752.2424
ralvarez@avantilaw.com                               dpacific@wnj.com
*Attorneys for Plaintiff*                                *Attorneys for Defendant Catholic Family*
                                                                 *Services, d/b/a Catholic Charities Diocese of*
                                                                 *Kalamazoo*

27536886